

**VENABLE**®LLP

750 E. PRATT STREET   SUITE 900   BALTIMORE, MD 21202
**T** 410.244.7400   **F** 410.244.7742   www.Venable.com

Gregory A. Cross

**T 410.244.7725**
**F 410.244.7742**
gacross@venable.com

August 28, 2014

**VIA CM/ECF FILING**

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:    **Wells Fargo Bank, N.A., et al. v. Bank of America, N.A., Case No. 14-1624**

Dear Ms. O'Hagan Wolfe:

I represent Plaintiff/Appellee Wells Fargo Bank, N.A. as Trustee for the Registered
Holders of Banc of America Commercial Mortgage Inc., Commercial Mortgage Pass-Through
Certificates, Series 2007-5 (the "Trust"), acting by and through its Special Servicer C-III Asset
Management LLC.  Pursuant to Local Rule 31.2(a)(1)(A), the Trust hereby requests that the
Clerk set a deadline of November 20, 2014 for the submission of its appellate brief.

Very truly yours,

Gregory A. Cross

cc:    Gregory A. Markel